IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:11-CR-75-WKW |
| ) | |
| ELI PERETZ, a.k.a. "ISRAEL;" ) | |
| CEDRIC LETROY BONDS; ) | |
| BRANDI MICHELLE BUTLER; ) | |
| ALEXA CHRISTINE ORR; and ) | |
| CODY HOWARD, a.k.a. ) | |
| "CODY BOY" ) | |

## **ORDER**

On November 9, 2010, the Magistrate Judge filed a Report and Recommendation (Doc. # 107) regarding Defendant Peretz's Motion to Dismiss (Doc. # 97). Defendant has filed no timely objections. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 107) is ADOPTED; and

2. Defendant's Motion to Dismiss (Doc. # 97) is DENIED.

DONE this 30th day of November, 2011.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE